No. D–532.  IN RE DISBARMENT OF HEFNER.  It is ordered that Stephen Frank Hefner, of Sherman, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 84–1744.  HENDERSON ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  [Certiorari granted, *ante,* p. 900.]  Motion of petitioner Ruth Freedman for leave to proceed further herein *in forma pauperis* granted.  Motion for appointment of counsel granted, and it is ordered that Alex Reisman, Esquire, of San Francisco, Cal., be appointed to serve as counsel for petitioner Ruth Freedman in this case.

No. 84–1922.  UNITED STATES *v.* KOECHER.  C. A. 2d Cir. [Certiorari granted, *ante,* p. 815.]  Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 85–54.  LIBRARY OF CONGRESS ET AL. *v.* SHAW.  C. A. D. C. Cir.  [Certiorari granted, *ante,* p. 815.]  Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 85–289.  UNITED STATES DEPARTMENT OF TRANSPORTATION ET AL. *v.* PARALYZED VETERANS OF AMERICA ET AL. C. A. D. C. Cir.  [Certiorari granted, *ante,* p. 918.]  Motion of the Solicitor General to dispense with printing the joint appendix granted.